IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LISA D. VAUGHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 3:10-cv-00620 |
| CMH HOMES, INC. | ) ) |
| and | ) ) |
| VANDERBILT MORTGAGE & FINANCE, INC., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

The plaintiff, Lisa D. Vaughan, hereby represents to the Court that she desires to voluntarily dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The plaintiff further states that the defendants, CMH Homes, Inc. and Vanderbilt Mortgage & Finance, Inc., stipulate to this dismissal. The signatures of counsel of record for the parties are affixed hereto as evidence of their agreement that this action be dismissed with prejudice.

Respectfully submitted,

LISA D. VAUGHAN

By: _____
Of counsel

16352/21/3434463v1

James E. Ghee, Esq.
Williams, Luck & Williams
P. O. Box 345
Farmville, VA 23901-0345
Telephone: (434) 391-1195
Facsimile: (434) 315-0297
*Counsel for Plaintiff*

*/s/ Lisa D. Vaughan*
Lisa D. Vaughan, Plaintiff
327 Rhodies Road
Prospect, VA 23960
Telephone: (434) 547-2927

Seen and Agreed:

_____s/Eunice P. Austin_____
Eunice P. Austin (VSB No. 43812)
GENTRY LOCKE RAKES & MOORE LLP
800 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
Email: eunice_austin@gentrylocke.com
*Counsel for Defendants*